IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUAN TOMAS SANCHEZ-RODRIGUEZ,** | : | **Civil No. 1:17-cv-2304** |
| | : | |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CRAIG LOWE,** | : | |
| | : | |
| **Respondent.** | : | **Judge Sylvia H. Rambo** |

## O R D E R

Before the court is a report and recommendation of the magistrate judge in which he recommends that Sanchez-Rodriguez's petition challenging his continued detention in ICE custody be dismissed as moot because Sanchez-Rodriguez has already been deported. Based on the foregoing, **IT IS HEREBY ORDERED** that:

1) The report and recommendation of the magistrate judge is **ADOPTED**.

2) Sanchez-Rodriguez's petition (Doc. 1) is **DISMISSED AS MOOT**.

3) The Clerk of Court shall close this case.


 s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: July 25, 2018